UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENNIE VALENZUELA, JR., )
)
Petitioner, )
)
v. ) Civil Action No. 07-0134 (RCL)
)
ALBERTO GONZALES, *et al.*, )
)
Respondents. )
)

FILED
MAR - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petition is DISMISSED without prejudice, and it is further

ORDERED that the "Motion to Request Judicial Notice" [Dkt. #2] is DENIED as moot.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/ Royce C. Lamberth
ROYCE C. LAMBERTH
United States District Judge

Date: 3/6/07